UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:24-mj-1186-KCD

BRADLEY BEATTY

| **Judge:** | Kyle C. Dudek | **Counsel for Government** | Mark Morgan |
|---|---|---|---|
| **Deputy Clerk:** | Courtney Ward | **Counsel for Defendant:** | Yvette Gray |
| **Court Reporter** | Digital | **Pretrial/ Probation** | Nicholas Rice |
| **Date/Time** | October 16, 2024 01:30 PM | **Interpreter** | |
| **Bench Time** | 1:35 PM-1:51 PM 16 minutes | | |

## CLERK'S MINUTES – INITIAL APPEARANCE

Defendant arrested on an Indictment from the District of Massachusetts.

Defendant advised of rights, charges, penalties, etc...

Defendant requests court-appointed counsel. Based on the financial affidavit completed by defendant and/or a financial inquiry, the Court appoints the Federal Public Defender with reimbursement upon filing by U.S. Attorney. **ORDER TO ENTER.**

Court advises defendant of Rule 20 rights.

Court advised the parties of the requirements of the Due Process Protections Act.

Defendant waives his rights to both an identity hearing and production of the warrant.

2

Government is not seeking the defendant's detention but requests conditions of release.

Defendant has no objection to the conditions proposed.

Government and Court discuss conditions of release and Court questions Defendant on the same, specifically blockchain versus cryptocurrency, as stated on record.

**APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE TO ENTER.**

**ORDER OF REMOVAL RULE 5/32.1 TO ENTER**

**COMMITMENT TO ANOTHER DISTRICT TO ENTER.**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 2:24-mj-1186-KCD |
| v. | Charging District: District of Massachusetts |
| BRADLEY BEATTY | Charging District Case No.: 24-cr-10188 |
| _____/ | |

## ORDER ON REMOVAL PROCEEDINGS AND COMMITMENT TO ANOTHER DISTRICT

Defendant Bradley Beatty was arrested and presented for an initial appearance before this Court in connection with removal proceedings pursuant to Fed. R. Crim. P. 5(c). The Court informed Defendant of the rights specified in Fed. R. Crim. P. 5(c) and the provisions of Fed. R. Crim. P. 20. Defendant requested and was determined by the Court to be eligible for court-appointed counsel. Therefore, the Court appointed counsel to represent Defendant for purposes of proceedings in the Middle District of Florida only. Defendant waived the right to an identity hearing. Following a detention hearing, Defendant was released on conditions pending Defendant's removal to the District of Massachusetts.

Accordingly, the Court **ORDERS** that:

1. Defendant is released from custody and ordered to appear in the District Court in which the charge(s) and prosecution are pending: *i.e.*, the District of Massachusetts.

2. If the date and time to appear in the charging District are not set forth below or were not stated on the record in open court at the detention hearing, Defendant must appear in the charging District when notified to do so. Otherwise, the time and place to appear in the charging District are:

| Place: | Date and Time: |
|--------|----------------|
|        | Judge:         |

3. The Clerk of this Court is directed to promptly transmit the papers to the charging District.

**ORDERED** in Fort Myers, Florida on October 16, 2024.

_____
Kyle C. Dudek
United States Magistrate Judge