UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:24-cr-10188-AK |
| | ) | |
| BRADLEY BEATTY | ) | |

MOTION FOR COURT PERMISSION FOR DEFENDANT TO OPEN CHECKING AND SAVINGS ACCOUNT FOR PERSONAL USE

The above-named defendant, through his attorney, respectfully moves this Court to grant him permission to open a new checking and savings account for personal use. In support therefor, the defendant states that as a condition of his release, he is prohibited from applying for any new lines of credit or bank accounts. Subsequent to his release hearing in this case, Citizens Bank, sua sponte, closed Mr. Beatty's personal accounts at the bank due to the pending charges in this case. Mr. Beatty requires the use of a personal bank account to facilitate day to day activities, such as paying bills and depositing personal funds. This request is assented to by the Government and Pre-Trial Services.

Respectfully Submitted,

BRADLEY BEATTY

By his attorney:

/s/ Erin Opperman
Erin Opperman
BBO: 601024
3 Bessom St. #154
Marblehead, MA 01945
617-945-6020
erin@oppermanlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:24-cr-10188-AK |
| | ) | |
| BRADLEY BEATTY | ) | |

## MOTION FOR COURT PERMISSION FOR DEFENDANT TO OPEN CHECKING AND SAVINGS ACCOUNT FOR PERSONAL USE

Counsel, hereby states upon knowledge, information, and belief:

1. I am counsel for the aforementioned defendant, after being appointed by the Court in this case.
2. I have reviewed the defendant's conditions of release, which include a prohibition on opening a new line of credit or bank account.
3. I have verified that the Government and Pre-Trial Services both assent to the request made herein.

Signed, under pains and penalties and perjury, this 27th day of January, 2025.

 /s/ Erin Opperman
Erin Opperman