UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
    )
    v.    )    No. 1:24-cr-10188-AK
    )
BRADLEY BEATTY    )

MOTION TO APPOINT NEW CO-COUNSEL

Below signed counsel, respectfully moves this Court to appoint Eduardo Masferrer as co-counsel in this case. In support for this request, counsel states the following:

1. This case continues to be headed for a jury trial rather than resolution by a change of plea.

2. This case is essentially prosecution of a corporation, and contains an extraordinary volume of discovery, including: corporate filing and tax documents, bank and other financial records, internal communications in the form of email, messaging apps, twitter, and other forms of communication, videos, legal documents from numerous lawsuits against the company started by the defendant, investor financial documents, witness interviews, among other things. Counsel estimates there are approximately 30,000 pages of discovery received to date. Counsel anticipates receiving additional discovery from the Government.

3. Counsel requires more assistance than is currently available from current co-counsel, due to current co-counsel's lack of experience in federal court and with wire fraud or financial crimes generally. Counsel prefers not to remove current co-counsel from the case, since she is currently in the mentorship program and would benefit from working on this case. However, it has become clear that counsel needs more experienced co-counsel to effectively prepare for and litigate this case at trial. If the Court will only permit the

defendant to be appointed one additional counsel, then undersigned counsel requests that it appoint Attorney Masferrer to assist with preparation for and litigation of trial in this case.

4. Counsel has discussed this case with Attorney Masferrer, who is available to assist with this case and is available for trial as currently scheduled. Attorney Masferrer has in-house paralegals and an investigator, which would greatly assist with the efficiency of preparing this case for trial. Moreover, counsel has specifically conferred with and requests the appointment of Attorney Masferrer due to his experience with large scale wire fraud trials and extensive federal trial experience generally. Counsel has previously worked with Attorney Masferrer on criminal cases and anticipates a good working relationship.

WHEREFORE, counsel respectfully moves that Attorney Eduardo Masferrer be added as counsel for the defendant in this case.

Respectfully Submitted,

BRADLEY BEATTY

By his attorney:

/s/ Erin Opperman
Erin Opperman
BBO: 601024
3 Bessom St. #154
Marblehead, MA 01945
617-945-6020
erin@oppermanlaw.com

Certificate of service

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as listed on the NEF April 2, 2026.

<u>/s/ Erin Opperman</u>

Erin Opperman