UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 1:24-cr-10188-AK |
| | ) | |
| | ) | |
| BRADLEY BEATTY | ) | |

## MOTION TO CONTINUE HEARING DATE

Counsel hereby moves this Court to continue the court date, currently scheduled for April 22, 2026, to a date mutually convenient for all parties. In support therefor, counsel states that she is out of the office on the date currently scheduled due to school vacation week for her two children. Counsel has conferred with the parties, and requests the hearing be rescheduled to May 1, 2026, at 2:30pm.

Respectfully Submitted,

BRADLEY BEATTY

By his attorney:

/s/ Erin Opperman
Erin Opperman
BBO: 601024
3 Bessom St. #154
Marblehead, MA 01945
617-945-6020
erin@oppermanlaw.com

<u>Certificate of service</u>

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as listed on the NEF April 20, 2026.

<u>/s/ Erin Opperman</u>

Erin Opperman